AO 450 (Rev. 11/11)  Judgment in a Civil Action

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 24, 2026

SEAN F. MCAVOY, CLERK

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Washington

CARLOS MUNOZ-LUIS

)
)
*Plaintiff*                                             )
v.                                                )    Civil Action No.   4:26-cv-5011-EFS
ATTORNEY TIMOTHY DICKERSON          )
)

*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❑  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❑  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:    Pursuant to the Court Order at ECF No 18, Plaintiff's Motion to Voluntarily Dismiss Complaint, ECF No. 17, is
GRANTED, and Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.
Judgment of Dismissal without prejudice is entered.

This action was *(check one)*:

❑  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❑  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge    Edward F. Shea _____

Date:   6/24/2026 _____                    *CLERK OF COURT*

s/Sean F. McAvoy
_____
*Signature of Clerk*